

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

RECEIVED
MAY 14 2024
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

**Anthony Ekeh**
(Enter Above the Name of the Plaintiff in this Action)

1:24 CV 281

vs.

**Elvis Rambanapas "Et. Al."**
(Enter above the name of the Defendant in this Action)

JUDGE COLE

MAGISTRATE JUDGE LITKOVITZ

If there are additional Defendants, please list them:
Penske Truck leasing Co. LP.
Mallory Horton, MIT Freight Inc.,
Pocker Logistics Inc., Freight Solutions worldwide inc.,
Sames Logistics inc., Toni & Sons Transport inc.,

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

**Anthony Ekeh**
Name - Full Name Please - PRINT

**10208 S. Indianapolis Avenue #249,**
Street Address

**Chicago, IL. 60617.**
City, State and Zip Code

**562-484-4485, 651-755-0056.**
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Elvis Rambanapas Hitherto Ramsden Dispatch Solutions LLC.
   Name - Full Name Please
   218 Deptford Road Apt E, Glassboro, NJ. 08028.
   Address: Street, City, State and Zip Code

2. Penske Truck Leasing Co. LP.
   R-10 Greenhills, Reading, PA. 19603.

3. Mallory Horton.
   Hawthorne, CA. 90250.

4. MIT Freight Inc.
   9132 W. 47th St, Brookfield, IL. 60513.

5. Rocker Logistics Inc.
   250 Fillmore St. Unit 150, Denver, CO. 080206.

6. Freight Solutions Worldwide Inc.
   723 Lillianway, Crestview, FL. 32536. See attached.

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☒ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

See attached document for a detailed statement in relation to this case.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>          <u>Caption</u>

_____      _____ vs. _____

_____      _____ vs. _____

_____      _____ vs. _____


V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want Elvis, Jermaine, Lyall and Brandon to return $10,400, $1500, $2000 and $1500 respectively, of my money in their possession. Similarly, I want Sames to-or girtics inc. and Tom and Sons transport inc. to refund my clients property equivalent monetary value. And reactivate my authority MC-1548055 immediately for a year.

In short, I want Penske's physical possession of Penske's and ownership of Penske's equipment, Unit #471058, VIN #5PVNJ7AV8P5T51080. and Plate # 3263224. To prevent Elvis, Mallory, Miles and Co. from continuous leverage of my economic interest.

See attached documents for a detailed statement.

I state under penalty of perjury that the foregoing is true and correct. Executed on this __11__ day of __May__, 20__24__

_____the [signature]_____
Signature of Plaintiff

Complaint

Defendant's
Page 2.

- Same Logistics inc.
141 Hidden view drive,
Westmont, IL. 60559.

- Toni and Sons Transportation inc.
681 Anne Ln,
Bolingbrook, IL. 60440.

**Re: Court Statement.**

Since I nailed Mallory Horton, Elvis Rambanapas and their very strategic influential friends in a fraud and murder case in Pennsylvania 2023, after much denial. They have stopped at nothing in trying to get rid of me, to avoid prosecution through legal action. By using money as a means of weaponry, among other provocative strategies.

Afraid of been located, Elvis changed his company name which used to be Ramsden Dispatch Solutions LLC- MC 1353241. elvisram@ramsdentrucks.com (203)-747-8662. And rendered it inactive. And formed alliance with Ivan, Toni, Milos, Jermaine Rocker and Brandon Turner of Sames logistics Inc- USDOT 3116254, MC 85414, Toni and Sons Transport Inc., USDOT 3636453, MC 1247900, MIT freight Inc., USDOT 3024000, MC 35872, Rocker Logistics Inc. USDOT 4134046, MC 1583619 and Freight Solutions Worldwide inc. USDOT 4153795, MC 1595079 respectively. In constantly spying on my activities, for the same reason. And leaving me vulnerable and with little or no privacy. While working with Ivan and Toni not too ago, they disrespectfully repo. their equipment that was due to be returned the next week. With my client's property in it. And has since refused to return it. Because I quit, sitting discrepancies in payments and unethical practices. This happened as I rested in a hotel in Kent, Washington. This made my MC authority inactive and rendered me redundant. Their provocative and condemnable actions span, prior and in Washington. I immediately alerted the nearby police department for a report. Ref: KPD, KP230080651. Not knowing their connection, I shortly started working with Milos, a compatriot of Ivan and Toni in Illinois, Following his ad. He is assuming, a valued customer of Penske truck Inc. In trying to help prevent legal proceedings against Ivan and Toni, upon realizing my ordeal with them. He stopped dispatching me and lied that the market was slow. Something I argued with. Because load boards had otherwise. He hoped I would quit out of frustration. Realizing this, I then punished him by taking a few weeks off, for wasting my time. By not only visiting a clinic with his equipment, but also doing a few gigs on my way back with Rocker Logistics authority. This angered him, and in revenge, he tried to create a wrongful arrest and possibly, an accidental death, in the process. By intending on making a false statement. Ref: LPO, Slocum. 19.00 CST 4/5/24. That his equipment was stolen while in my possession; I stole his equipment. When going off with the police, in protest of my innocence, upon arrest. By taking it, while it was parked by me, at a hotel in Lansing Illinois. The night before it was due for return. Ref: witness, PO Perez, Brookfield Police department. I asked him if he had taken his truck, and he replied, no. He would refrain after I threatened to involve the authorities. Because I knew their intentions. Having failed, they would turn to Penske, Freight Solutions Worldwide, and Rocker Logistics for help. Asking Penske to horridly request and arrest me, upon delinuency of their equipment in Pennsylvania, where I earlier had a wrongful arrest. Orchestrated by Elvis, Babatunde, Mallory and co.

I immediately acquired Penske's equipment, ending with unit number…8. From their Franklin Park location. Following Milos's malignant action and acrimonious severance. And stayed in the same Lansing hotel a few days more. Which he and they were aware of, and quite displeased. The Penske Lansing location was quite near. In the dark, when many were fast asleep, through my hotel windows, I saw some unique automobiles pull behind the equipment, where it was parked, and the number plate situated. Which I quickly rented in place of Milos's. I would imagine the equipment's information been taking at these times. Shortly after I left the location for CA and was still current on the unit, a representative from Penske at the Lansing location, near where I had just left, made a harassing call regarding payment. Baffled, I argued that I had just been on the unit and besides the unit was not from their location. And I would need a little time to get my money. If he would excuse me. I also argued that it wasn't Saturday yet, when I was due. That day been Thursday. Then he could call back for payment. Though he insisted that I pay, because he wasn't comfortable with my account, he reluctantly let me. He didn't call on Saturday. The following week when I called the Franklin Park location, to know the status of my account. A representative of the company told me that I was still current. And it would be good until the coming Saturday. Not surprised, I thanked him and promised to call then for payment. Knowing this was a set up by Elvis and co. I turned to Jermaine, and he's con workers, and threatened to involve the nearby police department if they refused to release my money in their possession. Since I still had some of my gigs in the vehicle, which would put their authority in jeopardy, since I made the bookings using their authority. With an agreement entitling them to 10% of every gig booked using their authority. They then reluctantly released some. I quickly called Penske as promised and made payment. That got me current. Jermaine had been told to keep my money back so that I would be delinquent on the rental and arrested along PA. Heading with gigs worth $6000.00. From the Los Angeles area, like the situation with Elvis's for $10 450. And with the hope of realizing enough to acquire my own authority, since Ivan and Toni deliberately put it out with that incident in WA. To render me redundant. In collaboration with Elvis, Mallory, Milos and co. Brandon Turner of Freight Solutions Worldwide incorporated was told not to pay me for the gig done in Michigan. This was a $1500 run. Rocker Logistics Made me install a location monitoring app named dispatch. And this was the first time since I joined them in nearly three weeks. Because they knew I was heading eastwards, and wanted to monitor my location, and arrest me. After deliberately leaving me stranded. Milos watched me contact Rocker Logistics Inc. for help, following our severance. Another thing Milos did was to tell Jermaine to stop dispatching me and make it difficult for me to book gigs using his authority. This Jermaine did by moving the date of his authority forward to February. This made it only a few days old. Three months ahead of its original date. Typically, this makes booking loads from brokers very difficult. This was exactly the case. They would also stop dispatching me. I would go on to dispatch myself using their authority because I was desperate to raise money for my own authority. They were also aware of this fact. Henry, Paul, Simon and John are all oriental dispatchers of Rocker Logistics Inc., They are quite crafty, and spy regularly on most of my activities. Including my bank account information. The same as Elvis and co. Perhaps, because

of this, they were able to know my intention of acquiring my authority. Which would make me independent. Because this was a secret. I was working with Keep on Trucking insurance services Inc., Burbank, CA. (818)-533-6709. Ani@KOTinsurance.com. The insurance agent, Ani A. Is oriental as well. She had earlier promised to provide a policy for $1,500 down, but later requested double the amount. Shortly after Jermaine failed to get me arrested. She may have done this at their insistence. Knowing it would stop my quest. And it did. Suspecting, I asked her if anyone had called her inquiring about our business, and she replied, no. I wasn't convinced. KOT insurance may also be a provider for some of these above-named companies, present and past. The last delivery was for $1500 in Hauppauge, NY. After a heated argument over getting my money up front, because of distrust. He promised to pay with a payment statement, after the gig was completed with POD in hand, through an email. Because his authority was at stake. All these things were done, with no complaints from the brokers. But because this was the plan with Elvis, Milos and co., Jermaine knowingly refused to pay me. Despite the rental equipment's delinquency state, which he was aware of, and the dangers involved. Payment for this unit is currently being affected by this action. The Suffolk Police department, NY was contacted. And a police report was immediately made at this location regarding this callous, disruptive and provocative incident. Ref: 24C1006785 SPD. Last, after promising to pay up, another carrier was contracted in the New York area. The name was IV YOU Inc.- MC 1506703, USDOT 4005607. With Cory as the owner. I quickly took a gig down to Ohio for $800. And was going to be handed another for $1800 to St Louis, MO immediately. Which would have been an immediate resolution to the crisis. On my way down to Ohio, they saw me moving. Cory then texted me and asked me to install the same dispatch app that Jermaine told me to install. I didn't want to, because of spying, but did eventually. After delivery in OH, I asked him for the gig to MO, expectedly, he replied that he would be moving on without me. When asked why, he replied by asking me if I had worked with someone else prior and the name. This discussion never came up before then. He then gave me an excuse because he would be moving on without me. Elvis and co. had contacted him.

Where the appropriate authorities are non-compliant and classify potentially outrageous national crises like this as frivolous. This is temptation to fight. It can be compared to criminalizing homosexuality. And I will be absorbed of any guilt should it arise. And in death, it shall not be an accident. It will be a well calculated action by these named Individuals. Because they are involved. This insidious and surreptitious act is no secret to I and my confidants. I have made it impossible for any attorney to defend any one of these named individuals and companies, by constantly explaining their plans and actions in writing, with irrefutable proof. Which my confidants are constantly furnished with. I am owed $11 450.00 currently to Ramsden Dispatch Solutions LLC, Freight Solutions Worldwide LLC and Rocker Logistics inc., combined. All in theft of service. Several attorneys have turned a blind eye to this when contacted, even with a cascade of irrefutable evidence for lawsuits that would have amounted to millions. Which should have easily prevented this embarrassing situation and possibly outrage. I contacted Anthony from Van der Veen, Hartshorn, Levin & Lindheim law firm. And Adamson Ahdoot LLP from los

Angeles, CA. But they did not reply. Elvis , Mallory, Milos and co. have been preventing me from acquiring my own equipment. Which will prevent a repeat of this incident, and make it impossible to continue disrupting me. This was only intended to be a brief intervention for academics, but it's now going on in the long term. Because of unnecessary, vicious and incessant disruptions. Following the dangers involved with dealing with these con and uncouth individuals, I have decided to solely work on my own permit. Also, a claim has been established against one of these sham companies, for compensation. More shall follow, and impending lawsuits.

Ref: Documents with proof regarding the prior case relating to this with: Mattleman, Weinroth & Miller. Cherry Hill, NJ. (856)- 429-5507. And Sunny Jackson. sunnyjackson2000@ gmail.com

GLG INSURANCE PROFES
6332 S RAINBOW STE100
LAS VEGAS, NV 89103

**PROGRESSIVE**
COMMERCIAL

ANTHONY EKEH
PRO CARRIER
510 E MAIN ST
QUARTZITE, AZ 85346

Underwritten by:
United Financial Casualty Company
May 13, 2024
Policy Period: May 13, 2024 - May 13, 2025
Page 1 of 3
Customer Phone number: 1-562-484-4485

# Commercial Auto Insurance Quote

Thank you for contacting me about your auto insurance needs. I am pleased to provide you with a quote from United Financial Casualty Company, a company that offers competitive rates and many outstanding services. Progressive gives you access to your policy information through agent.progressive.com, your customized website. Claims service is available 24 hours a day, 7 days a week.

## Policy information
Business: Refrigerated Goods Hauling/Trucking

## Quote for 12 month policy period
If you pay your premium in full, you will receive a discount as shown.

| | |
|---|---|
| Total policy premium | $20,988.00 |
| Paid in full discount | -3140.00 |
| Policy premium if paid in full | $17,848.00 |

## Payment plans

**Electronic Funds Transfer (EFT)** assures that your payment is on time. Each payment includes a $5.00 installment fee.

| Payment plan | Total premium | Initial payment | Payments |
|---|---|---|---|
| 11 Payments, 16.67% Down | $19,942.00 | $3,353.50 | 10 payments of $1,663.85 |
| 10 Payments, 20.0% Down | $19,942.00 | $4,016.40 | 8 payments of $1,774.52 and 1 of $1,774.44 |
| 6 Pay, Seasonal, 20.0% Down | $19,942.00 | $4,016.40 | 5 payments of $3,190.12 |
| 10 Payments, 25.0% Down | $19,942.00 | $5,011.75 | 8 payments of $1,663.92 and 1 of $1,663.89 |
| 4 Pay, Seasonal, 25.0% Down | $19,942.00 | $5,011.75 | 3 payments of $4,981.75 |
| 3 Payments, 40.0% Down | $19,942.00 | $7,997.80 | 2 payments of $5,977.10 |
| 2 Payments, 50.0% Down | $19,942.00 | $9,988.50 | 1 payments of $9,958.50 |

**Make payments by mail** or at agent.progressive.com. Each payment includes a $12.00 installment fee.

| Payment plan | Total premium | Initial payment | Payments |
|---|---|---|---|
| 1 Payment | $17,848.00 | $17,848.00 | None |
| 11 Payments, 16.67% Down | $20,988.00 | $3,527.87 | 9 payments of $1,758.02 and 1 of $1,757.95 |
| 11 Payments, 20.0% Down | $20,988.00 | $4,225.60 | 10 payments of $1,688.24 |
| 10 Payments, 20.0% Down | $20,988.00 | $4,225.60 | 8 payments of $1,874.49 and 1 of $1,874.48 |
| 6 Pay, Seasonal, 20.0% Down | $20,988.00 | $4,225.60 | 5 payments of $3,364.48 |
| 10 Payments, 25.0% Down | $20,988.00 | $5,273.25 | 8 payments of $1,758.09 and 1 of $1,758.03 |


Continued

| | | | |
|---|---|---|---|
| 4 Pay, Seasonal, 25.0% Down | $20,988.00 | $5,273.25 | 3 payments of $5,250.25 |
| 4 Pay, Quarterly, 25.0% Down | $20,988.00 | $5,273.25 | 3 payments of $5,250.25 |
| 3 Payments, 40.0% Down | $20,988.00 | $8,416.20 | 2 payments of $6,297.90 |
| 2 Payments, 50.0% Down | $20,988.00 | $10,511.50 | 1 payment of $10,488.50 |

## To purchase insurance

Please review the information on your quote for accuracy; incomplete and inaccurate information could affect your rate. These rates are subject to verification of information. If you have any questions or would like to purchase a Progressive policy, please call me at **1-702-360-2111**. Your coverage will begin once your initial payment has been received. Thanks again for the opportunity to work with you.

## Rated drivers

The insured declares that no persons other than those listed in this application are expected to operate, even occasionally, the vehicle(s) described in this application.

| Name | Date of Birth | Points | Additional information |
|---|---|---|---|
| ANTHONY EKEH | 09/04/1979 | 0 | |

## Outline of coverage

### Auto coverage part

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $9,970 |
|   Bodily Injury and Property Damage Liability | $1,000,000 combined single limit | | |
| Uninsured Motorist | $25,000 each person/$50,000 each accident | | 57 |
| Underinsured Motorist | $25,000 each person/$50,000 each accident | | 42 |
| Medical Payments | Rejected | | -- |
| Comprehensive | | | 1,065 |
|   See Auto Coverage Schedule | Limit of liability less deductible | | |
| Collision | | | 6,713 |
|   See Auto Coverage Schedule | Limit of liability less deductible | | |
| **Subtotal policy premium** | | | **$17,847** |

### Commercial General Liability coverage part

| Description | Limits | Premium |
|---|---|---|
| Limited General Liability - Trucking Operations | $1,000,000/$2,000,000 | $537 |
|   Each Occurrence | $1,000,000 | |
|   General Aggregate | $2,000,000 | |
|   Products/Completed Operations Aggregate | $2,000,000 | included |
|   Personal and Advertising Injury | $1,000,000/any one person or organization | included |
|   Damage to Premises Rented to You | $100,000/any one premises | included |
|   Medical Expense | $5,000/any one person | included |
| **Subtotal policy premium** | | **$537** |

### Motor Truck Cargo coverage part

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Motor Truck Cargo | $100,000 | $1,000 | $1,523 |
| Refrigeration Breakdown | included in Motor Truck Cargo Limit | $2,500 | included |
| **Subtotal policy premium** | | | **$1,523** |
| Federal Filing Fee | | | 35 |
| **Total 12 month policy premium and fees** | | | **$19,942** |


Continued

## Rated commodities

1. OTHER CONSUMER GOODS
2. OTHER FOOD AND BEVERAGES
3. OTHER MISC.
4. OTHER PAPER/PLASTIC/GLASS

## Auto coverage schedule

1. **2023 HINO HINO L6** Stated Amount: * $80,000 (including Permanently Attached Equip)
VIN: **5PVNJ7AV8P5T51080** Garaging Zip Code: 85346 Radius: More than 500 miles
Personal use: N  Body type: Refrigerated Box Truck

| Liability Premium | Liability Premium | UM Premium | UIM Premium | | | |
|---|---|---|---|---|---|---|
| | $9970 | $57 | $42 | | | |
| **Physical Damage Premium** | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium | | Auto Total |
| | $1,000 | $1065 | $1,000 | $6713 | | **$17,847** |

*A vehicle's stated amount should indicate its current retail value, including any special or permanently attached equipment. In the event of a total loss, the maximum amount payable is the lesser of the Stated Amount or Actual Cash Value, less deductible. Be sure to check stated amount at every renewal in order to receive the best value from your Progressive Commercial Auto policy.

## Premium discount

Policy

Electronic Funds Transfer

Form QUOTE (03/17)