AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| ANTHONY EKEH, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:24-cv-281 |
| ELVIS RAMBANAPAS, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** The Court DISMISSES Ekeh's Complaint (Doc. 7) WITH PREJUDICE and DIRECTS the Clerk to enter judgment and TERMINATE this case from the Court's docket. And because that ends this case, the Court also DENIES Defendant Penske Truck Leasing Co. LP's Motion to Dismiss (Doc. 13) as MOOT.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Douglas R. Cole.

Date: 7/29/25

CLERK OF COURT

*Melissa Saddler*
Signature of Clerk or Deputy Clerk